An Introduction to Pleading And practice
Forms Annoted
Sept 2020

# Constitutional Law
## § 8 Complaint, Petition, or declaration Allegation

Jail Conditions Acounting to cruel and unusual punishment Violation of Eighth Avendment

4:20-cv-1351-P

① Tarrant County Jail witch is being operated by defendments pursuant to state Law, was built in Greenbay Meat packing of 2020, and was designhed for a capacity of 24 inmates. The present population Averages in excess of 24 people. There are 24 cells, witch are desighed to hold two bunks each, Now hold as many as Four, but still prisoners often have to sleep on the floor. Variations in water temperature and preasure render few ~~rodex~~ showers Viritually useless.

⑥ Visiting is ~~~~~~ limited + (None) from Covid-19. No Visiting is allowed. (Prison Litigation Reform Act) P.L.R.A. Paid for tablet tablet time for family but we dont get it.

⑧ There are no facilities or personel for Social Services, exercise, recreation, reading, rehabilitation, or any other human resouces to meet inmate needs.

Discipline is enforced by Confinment is one of two cells the two cells in Jail. The cells are concrete of padded and prisoners are stripped or placed in Moo-Moo with any notice, hearing, or finding, with no right to councel and no independent investigation of the charges. The duration of Confinement Averages (2 to 6 weeks Confinement.)

By reason of the manner in witch defendents operate and maintain Tarrant County Jail Plaintiffs have been and are now subject to unhealthy and unsafe living conditions, including over crowding, inadequate Sanitary and the imposition of discipline without due process of Law.

The Conduct of defendent has deprived, and continues to deprive plaintiffs of there rights to council under the Sixth Amendment of the United States of Constitution (U.S. Const. Amendment Amend. VIII.) has submitted them to cruel and unusual punishment in violation of the 8th Amendment to the United States Constitution (U.S. Const. Amend. VIII) And has denied them due process of Law in violation of the 14 Amendments to the Constitution of the United States (U.S. Const. Amend XIV.)
-Comment Note- Prison Conditions as anoiting to cruel and unusual Punishment. 51 ALR 3d 111 Relief. Under Federal Civil Right Act to state prisoners Conplaining of Condition relation to corperate punish, punitive Seg. or other similar physical disclipline Measure 18 A.L.A Fed 7 trial stragedy proof of uncost. Cond. 24 AM. Jur. Proof of facts 3d 467.

Julian Venable Cid:0927765
100 North Lamar St.
Fort Worth, Tx. 76102

United States District
Court office of the clerk
Northern District of Texas
501 WEst TeNth St., ROOM
Fort Worth, TX 76102

TARRANT COUNTY JAIL MAILROOM

Case 4:20-cv-01351-P   Document 1   Filed 12/21/20   Page 4 of 4   PageID 4